**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eduardo Alfonso TORO–MUNOZ,
Defendant–Appellant.**

**No. 05–40656.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 12, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly E. Odom, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Eduardo Alfonso Toro–Munoz (Toro) entered a guilty plea to one count of possession of 1.2 kilograms of methamphetamine with intent to distribute and was sentenced to 96 months of imprisonment and five years of supervised release. Toro contends that 21 U.S.C. § 841 is unconstitutional in light of the Supreme Court's decision in *Apprendi v. New Jersey,* 530 U.S. 466, 488, 120 S.Ct. 2348, 147 L.Ed.2d 435

(2000). Toro acknowledges that his argument is foreclosed by this court's precedent, *United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir.2000), but he seeks to preserve the issue for Supreme Court review.

Toro's argument is foreclosed. *Slaughter*, 238 F.3d at 582; *see United States v. Fort*, 248 F.3d 475, 482–83 (5th Cir.2001). Accordingly, the district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.